[No. 25134-5-II. Division Two. October 27, 2000.]

THE STATE OF WASHINGTON, *Appellant*, v. JAMES DONALD COOLEY, *Respondent*.

Appeal from a judgment of the Superior Court for Cowlitz County, No. 98-1-00121-3, Randolph Furman, J., entered August 24, 1999. *Affirmed* by unpublished opinion per Morgan, J., concurred in by Bridgewater, J., and Penoyar, J. Pro Tem.

[No. 46830-8-I. Division One. October 30, 2000.]

*In the Matter of the Personal Restraint of* ROBERT FARMER, *Petitioner*.

Petition for relief from personal restraint. *Denied* by unpublished per curiam opinion.

[No. 46571-6-I. Division One. October 30, 2000.]

*In the Matter of the Personal Restraint of* ADAM JERMAINE INGRAM, *Petitioner*.

Petition for relief from personal restraint. *Denied* by unpublished per curiam opinion.

[No. 45685-7-I. Division One. October 30, 2000.]

WILMA KAY ROSSER, *Appellant*, v. WHATCOM COUNTY, *Respondent*.

Appeal from a judgment of the Superior Court for Skagit County, No. 98-2-01046-3, John M. Meyer, J., entered October 15, 2000. *Reversed* by unpublished opinion per Coleman, J., concurred in by Agid, C.J., and Ellington, J.